No. 55012.—S. Vuillet and C. M. Offray & Son, Inc. *v.* United States, protests 163874–K and 162527–K (New York).

Opinion by EKWALL, J. It was stipulated that the Federal Reserve bank certified dual rates of exchange for the currencies involved in the liquidation of the entries for the dates of exportation of the merchandise covered by the entries and that the circumstances relating to the liquidation of the said entries are similar in all material respects to those in Abstract 54732. In view of this stipulation and following the cited decision it was held that the currencies of the invoices covered by certain enumerated entries should.have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, dated October 19, 1949.

No. 55013.—Empire Liquor Corp. and McKesson & Robbins, Inc. *v.* United States, protests 120105–K and 128914–K (New York).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc. v. United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

No. 55014.—R. U. Delapenha & Co., Inc. *v.* United States, protest 128843–K (New York).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc. v. United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

No. 55015.—J. B. Hirsch Co. *v.* United States, protest 156981–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of chinaware trays and ash trays similar in all material respects to those the subject of Abstract 54325, the claim at 70 percent under paragraph 212, without the additional assessment of the specific rate of 10 cents per dozen pieces, was sustained.